# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM R. HANLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-23-JWD-SDJ** |
| **ANDREW SAUL** | |

## NOTICE

Please take note that the attached Magistrate Judge's Report and Recommendation has been filed with the Clerk of the U.S. District Court for the Middle District of Louisiana.

Under 28 U.S.C. § 636(b)(1), you have **14 days** from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on May 24, 2021.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM R. HANLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-23-JWD-SDJ** |
| **ANDREW SAUL** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

After considering the unopposed Motion to Remand (R. Doc. 16) filed by Andrew Saul, the Commissioner of the Social Security Administration ("Commissioner"), the Court **RECOMMENDS** that the Commissioner's Motion to Remand (R. Doc. 16) be **GRANTED**.

The Court further **RECOMMENDS** that the Commissioner's March 6, 2017 final administrative decision be **REVERSED** and **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

Finally, the Court **RECOMMENDS** that Plaintiff's action be **DISMISSED**, reserving Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act. *See* 28 U.S.C. § 2412(d)(1)(B).

Signed in Baton Rouge, Louisiana, on May 24, 2021.

*[signature]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**