UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIAM R. HANLEY

CIVIL ACTION

VERSUS

NO. 20-23-JWD-SDJ

ANDREW SAUL

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 24, 2021 (Doc. 17), to which no objection was filed,

**IT IS ORDERED** that the Commissioner's Motion to Remand (R. Doc. 16) is GRANTED.

**IT IS FURTHER ORDERED** that the Commissioner's March 6, 2017 final administrative decision is REVERSED and REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that Plaintiff's action is DISMISSED, reserving Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act. See 28 U.S.C. § 2412(d)(1)(B).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 8, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**